**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIA M. GRAVES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-996** |
| | : | |
| **TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC** | : | |

# ORDER

**AND NOW**, this 31st day of August 2026, upon considering Defendants' Motion to dismiss (ECF 30), Plaintiff's pro se Opposition (ECF 31), mindful we dismissed Plaintiff's claims under the Fair Credit Reporting Act with leave to amend after describing the deficiencies, and for reasons in a forthcoming accompanying Memorandum confirming Plaintiff did not cure her deficiencies after specific notice, it is **ORDERED** we:

1. **GRANT** Defendant' Motion to dismiss (ECF 30) with prejudice**;** and,

2. **DIRECT** the Clerk of Court to **CLOSE** this case.

**KEARNEY, J.**